UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>DRAPER JAMES, LLC,<br><br>                Defendant. | 1:21-cv-11164-VSB<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

      IT IS HEREBY ORDERED that Defendant DRAPER JAMES, LLC ("Defendant") may have a 14-day extension of the time within which to answer or otherwise respond to Plaintiff ROBERT WEEKES ("Plaintiff") complaint. Therefore, the last day for, Defendant to answer or otherwise respond to Plaintiff's complaint is April 4, 2022.

      Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. Further, the parties intend to engage in good faith negotiations to achieve an early resolution.

**IT IS SO ORDERED.**

Dated: March 23, 2022

                                                                       *Vernon Broderick*
                                                           HON. VERNON S. BRODERICK